| AO-10 (WP) Rev. 1/2007 | **FINANCIAL DISCLOSURE REPORT** | *Report Required by the Ethics in Government Act of 1978,* |
|---|---|---|
| | **FOR CALENDAR YEAR 2006** | *(5 U.S.C. app. §§101-111)* |

| 1. Person Reporting *(Last name, first, middle initial)* <br> BATES, JOHN D. | 2. Court or Organization <br> U.S. District Court for the District of Columbia | 3. Date of Report <br> 6/6/2007 |
|---|---|---|
| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)* <br> District Judge - Article III (active) | 5a. Report Type (check appropriate type) <br> ___ Nomination, Date _____ <br> ___ Initial __X__ Annual ___ Final <br> 5b. ___ Amended Report | 6. Reporting Period <br> 1/1/2006 to 12/31/2006 |
| 7. Chambers or Office Address <br> U.S. Courthouse <br> 333 Constitution Ave., NW <br> Washington, DC 20001 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. <br><br> Reviewing Officer _____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ✓ NONE (No reportable positions.) | |
| | |
| | |
| | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| ✓ NONE (No reportable agreements.) | |
| | |
| | |

DISCLOSURE OFFICE FINANCIAL 2007 JUN 11 A 10: 14 RECEIVED

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

**A. Filer's Non-Investment Income**

| DATE | SOURCE AND TYPE | INCOME |
|---|---|---|
| ✓ NONE (No reportable non-investment income.) | | |
| | | $ |
| | | $ |
| | | $ |

**B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)**

| | NONE (No reportable non-investment income.) |
|---|---|
| 2006 | ███████████████ |
| | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | BATES, John D. | 6/6/2007 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| | NONE (No such reportable reimbursements.) | |
| 1 | The Aspen Institute, Queenstown, MD | Travel and lodging expenses for educational program, March 31-April 2, 2006 |
| 2 | New York Law School, NYC, NY | Travel and lodging expenses for judging moot court, Sept. 9-10, 2006 |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| ✓ | NONE (No such reportable gifts.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| ✓ | NONE (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes:
J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000
N=$250,001-$500,000    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000    P3=$25,000,001-50,000,000    P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| BATES, John D. | 6/6/2007 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Union First Account | A | Interest | K | T | | | | | |
| 2 Sun Trust Accounts | A | Interest | J | T | | | | | |
| 3 Zirkin - City Nat'l Inv. - PSP - C | | | | | | | | | |
| 4 -- Fidelity Adv. Growth & Income | A | Dividend | K | T | | | | | |
| 5 -- CNI Charter Prime Money Fund | A | Dividend | J | T | | | | | |
| 6 -- CISCO Sys. Common | | None | K | T | | | | | |
| 7 -- Arlington Tankers Common | | None | K | T | | | | | |
| 8 | | | | | | | | | |
| 9 -- Chevron Texaco Common | | None | L | T | | | | | |
| 10 -- HP Common | | None | K | T | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 Zirkin-City Natl Inv. - 401K - C | | | | | | | | | |
| 14 -- CNI Charter Prime Money Fund | B | Dividend | K | T | | | | | |
| 15 -- Abbott Labs - Common | | None | K | T | | | | | |
| 16 -- Amer Int'l Group - Common | | None | K | T | | | | | |
| 17 | | | | | | | | | |
| 18 -- Auto Data Proc - Common | | None | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cas /Market |

# FINANCIAL DISCLOSURE REPORT

| | |
|---|---|
| Name of Person Reporting | Date of Report |
| BATES, John D. | 6/6/2007 |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions  *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 19 -- Amer Cap Str Common | | None | K | T | | | | | |
| 20 -- Dow Chem Common | | None | K | T | | | | | |
| 21 -- Home Depot - Common | | None | K | T | | | | | |
| 22 -- JP Morgan Chase & Co - Common | | None | K | T | | | | | |
| 23 | | | | | | | | | |
| 24 -- Pfizer Common | | None | K | T | | | | | |
| 25 -- Tyco Int'l Common | | None | K | T | | | | | |
| 26 | | | | | | | | | |
| 27 -- Bank of Amer. - Common | | None | K | T | | | | | |
| 28 -- SLM Corp. - Common | | None | K | T | | | | | |
| 29 -- Wash Mutual Common | | None | K | T | | | | | |
| 30 -- Procter & Gamble - Common | | None | K | T | | | | | |
| 31 -- Zimmer Hldgs - Common | | None | K | T | | | | | |
| 32 -- Verizon Common | | None | K | T | spinoff | 11/27 | J | | |
| 33 -- Idearc Common | | None | J | T | spinoff | 11/27 | J | | |
| 34 -- Capital One Fin'l Common | | None | L | T | | | | | |
| 35 -- Quest Diag. - Common | | None | L | T | | | | | |
| 36 -- Baxter Int'l Pref | | | | | merger | 2/17 | K | | |
| -- Baxter Int'l Common | | None | K | T | merger | 2/17 | K | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| BATES, John D. | 6/6/2007 |

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt Code1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 37 Smith Barney - Joint | | | | | | | | | |
| 38 -- Citibank Money Fund | A | Interest | J | T | | | | | |
| 39 -- AIM Aggressive Growth | A | Dividend | J | T | merger | 3/27 | J | | |
| 40 -- AIM Const Fund C | A | Dividend | K | T | merger | 3/27 | J | | |
| 41 -- GE (Genworth) Life & Annuity | B | Dividend | K | T | | | | | |
| 42 -- Transamerica Life Annuity (PLF endeavor) | A | Dividend | J | T | | | | | |
| 43 -- Fidelity Blue Chip Growth | A | Dividend | J | T | | | | | |
| 44 -- Fidelity Dividend Growth | A | Dividend | J | T | | | | | |
| 45 Zirkin - USB Fin'l Servs - IRA - J | | | | | | | | | |
| 46 -- AT&T Inc. Common | | None | K | T | | | | | |
| 47 -- IBM Common | | None | K | T | | | | | |
| 48 -- Medtronic Common | | None | K | T | | | | | |
| 49 -- UBS PW Retirement Money Fund | A | Dividend | K | T | | | | | |
| 50 -- Windstream Corp. Common | | | | | spinoff / sell | 7/18 / 7/28 | J / J | | |
| -- Alltel Corp. Common | | None | K | T | buy | 7/28 | J | | |
| 51 -- Genuine Parts Common | | None | K | T | | | | | |
| 52 -- Untd Tech Common | | None | K | T | | | | | |
| 53 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100, 01-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 4 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) | (2) | (1) | (2) | (1) | If not exempt from disclosure | | | |
| Place "(X)" after each asset exempt from prior disclosure. | Amt. Code1 (A-H) | Type (e.g., div., rent or int.) | Value Code2 (J-P) | Value Method Code (Q-W) | Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 54 -- Colgate Palmolive Common | | None | K | T | | | | | |
| 55 -- Tribune Common | | None | K | T | | | | | |
| 56 Zirkin - UBS Fin'l Servs. - IRA - C | | | | | | | | | |
| 57 -- CINN Fin'l Corp. Common | B | Dividend | K | T | | | | | |
| 58 -- UBS PW Retirement Money Fund | A | Dividend | J | T | | | | | |
| 59 Citibank Account - B | A | Interest | J | T | withdraw | var. | J | | |
| 60 Smith Barney - K | | | | | | | | | |
| 61 -- AIM Const. Fund | A | Dividend | J | T | | | | | |
| 62 -- Invest Co. of Amer | A | Dividend | J | T | | | | | |
| 63 -- Fidelity Blue Chip Growth | A | Dividend | J | T | | | | | |
| 64 -- Fidelity Dividend Growth | A | Dividend | K | T | | | | | |
| 65 Zirkin - UBS Fin'l Servs. - Joint | | | | | | | | | |
| 66 -- Citigroup Common | | None | K | T | | | | | |
| 67 -- Clorox Common | | None | K | T | | | | | |
| 68 -- First Data Common | | None | J | T | spinoff | 10/2 | J | | |
| 69 -- Western Union Common | | None | J | T | spinoff | 10/2 | J | | |
| 70 -- Fiserv Inc. Common | | None | K | T | | | | | |
| 71 -- Gannett Co. Common | | None | K | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 5 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1)<br>Amt.<br>Code1<br>(A-H) | (2)<br>Type<br>(e.g.<br>div.,<br>rent or<br>int.) | (1)<br>Value<br>Code2<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date<br>Month-<br>Day | (3)<br>Value<br>Code2<br>(J-P) | (4)<br>Gain<br>Code1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 72 -- Time Warner Common | | None | K | T | | | | | |
| 73 -- United Health Common | | None | L | T | | | | | |
| 74 -- Wyeth Common | | None | K | T | | | | | |
| 75 -- RMA Money Mkt | D | Dividend | N | T | buy/sell | var. | K | | |
| 76 -- AES Corp. Common | | None | L | T | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| 1 | Income/Gain Codes:<br>(See Col. B1, D4) | A=$1,000 or less<br>F=$50,001- $100,000 | B=$1,001-$2,500<br>G=$100,001-$1,000,000 | C=$2,501-$5,000<br>H1=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=More than $5,000,000 | E=$15,001-$50,000 |
| --- | --- | --- | --- | --- | --- | --- |
| 2 | Value Codes:<br>(See Col. C1, D3) | J=$15,000 or less<br>N=$250,001-$500,000<br>P3=$25,000,001-$50,000,000 | K=$15,001-$50,000<br>O=$500,001-$1,000,000 | L=$50,001-$100,000<br>P1=$1,000,001-$5,000,000<br>P4=More than $50,00 ,000 | M=$100,001- 250,000<br>P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes:<br>(See Col. C2) | Q=Appraisal<br>U=Book value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | | Date of Report |
|---|---|---|---|
| | BATES, John D. | | 6/6/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____     Date ___June 6, 2007___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)

---

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
  United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544